INBUSCH, Appellant, vs. STEARNS and another, Interveners,
          Respondents.
HAMMEL, Appellant, vs. SAME, Respondents.
KARGER, Appellant, vs. SAME, Respondents.

*May 20 — June 20, 1895.*

*H. B. Claflin Co. v. Stearns, ante,* p. 283, followed.

APPEALS from orders of the superior court of Milwaukee
county: R. N. AUSTIN, Judge. *Dismissed.*

CASSODAY, J.   The record in each of these cases presents
substantially the same questions as were involved in the
case of *H. B. Claflin Co. v. Stearns, ante,* p. 283, which is a
part of this same controversy.   For the reasons given in the
opinion filed in that case, the appeal in each of these three
cases from the orders of the superior court of Milwaukee
county, mentioned in that opinion, is dismissed.
     *By the Court.*— Appeals dismissed.